**BROWN'S SERVICES**
419 W. PLATT STREET
TAMPA, FLORIDA 33606
(813) 254-4933

MAR 1 5 2004

Plaintiff: NERLINGER vs. Defendant: IRS

Type of Process: NOTICES

☐ Circuit Court ☐ Criminal ☐ County Court ☐ Criminal ☐ Juvenile

Case # _____

SERVE TO: DEPT of TREAS IRS
Address: 3848 W. COLUMBUS DR TAMPA, FL

Attorney: FREDERICK & DELORES NERLINGER
5250 ROOSEVELT BLVD
CLEARWATER, FL

Received this process on 3, 4, 04 at 2:00 P/M, and served the same on ANDREW PATTON
at 12:35 PM. 3, 5, 04, in HILLS County, Florida.

☒ **INDIVIDUAL SERVICE**: By delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper.

☐ **SUBSTITUTE SERVICE**: By leaving a true copy of this process, with the date and hour of service endorsed by me, and a copy of the complaint, petition, or other initial pleading or paper, at the within named person's usual place of abode with a person residing therein over fifteen years of age to wit:

_____ name _____
_____ relationship _____ and informing such person of their contents.

☐ **CORPORATE SERVICE**: By delivering a true copy of this process, with the date and hour of service endorsed thereon by me and a copy of the complaint, petition, or other initial pleading or paper to _____ as _____ of _____ Per F.S. 48.081

☐ F.S. 48.081 (1) & (2): In the absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent in this state.
☐ F.S. 48.081 (3): An employee between the hours of 10:00 a.m. and 12:00 noon at the corporation's place of business.

☐ **POSTED**: After diligent search and at least 2 attempts to serve on 2 different dates have been made, by attaching a copy of this process, together with a copy of the complaint or petition to a conspicuous place on the property within. The above named tenant could not be found and there was no person of the tenant's family over fifteen years of age at: _____ the usual place of abode in _____ County, Florida, upon whom service could be made. Attempted: Date _____ Time _____ Date _____ Time _____

☐ **GOVERNMENT AGENCY**: By delivering a true copy of this process, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or other initial pleading or paper to _____ as _____ of the within named to wit: _____

☐ **NON-SERVICE**: For the reason that after diligent search and inquiry, _____ could not be found in _____ County, Florida _____

Military Service ☐ Yes ☐ No
Upon service, Defendant stated he/she and spouse have been continuously married since they acquired title to the property through the inception of this lawsuit.

☒ **REMARKS**: PERSONAL SERVICE IN LOBBY LETTERS DATED 2-2-04, 3-3-04

SWORN and SUBSCRIBED before me this 8 day of MARCH, 20 04
_Jennifer Turner_
NOTARY PUBLIC
State of Florida at Large
Jennifer Turner
My Commission DD043095
Expires July 18, 2005

By: _____
Signature of Certified Process Server
12-369712Y
Administrative Appt. No.

☒ Personally Known ☐ I.D. _____

MY COMMISSION EXPIRES.

EXHIBIT C

8/93