Frederick and Delores Nerlinger
24195 US Hwy 19N #327
Clearwater, FL 33763

November 12, 2004

Attn: Debrah Keefe
US District Court MBD
1 Courthouse Way
Boston, MA 02210

Please change our mailing address as follows for the Petition to Quash Summons received in your office on June 26, 2004 as follows:

Old address:   5250 Roosevelt Blvd. 5B
               Clearwater, FL 33760

New address:   24195 US Hwy 19N #327
               Clearwater, FL 33763

Thank you for your attention in this matter.

Sincerely,

*Delores Nerlinger*

Delores Nerlinger